[No. 37587-3-I.   Division One.   January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. C.A.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07751-3, Deborah Fleck, J., entered October 19, 1995. *Reversed* by unpublished per curiam opinion.

[No. 39481-9-I.   Division One.   January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05615-6, Joan B. Allison, J. Pro Tem., entered October 4, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 41654-5-I.   Division One.   January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PORSCHE WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07233-4, Stephen G. Scott, J., entered November 17, 1997. *Remanded* by unpublished per curiam opinion.